# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER GONZALEZ,<br>Petitioner<br>v.<br>W.J. SULLIVAN,<br>Respondent. | Case No. CV 19-10155-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum And Order Denying And Dismissing Petition With Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: March 25, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE